**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 53 EM 2019
                                  :
                  Respondent            :
                                  :
                                  :
                                  :
                v.            :
                                  :
                                  :
                                  :
AKI JONES,                        :
                                  :
                  Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of August, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.